AO 91 (Rev.11/11) Criminal Complaint    Case 2:25-mj-00409-JAG    ECF No. 1    filed 06/05/25    PageID.1    Page 1 of 1

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 05, 2025
SEAN F. McAVOY, CLERK

# United States District Court
### for the
### Eastern District of Washington

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) Case No. 2:25-MJ-00409-JAG |
| TRAVIS CALEB DECKER, | ) |

## CRIMINAL COMPLAINT

I, Keegan Stanley, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) June 2, 2025-present, in the county of Chelan in the Eastern District of Washington, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1073 | Unlawful Flight to Avoid Prosecution |

This complaint is based on these facts:

☑ Continued on the attached sheet.

_____
*Complainant's signature*

**DUSM Keegan Stanley, USMS**
_____
*Printed name and title*

☐ Sworn to before me and signed in my presence.
☒ Sworn to telephonically and signed electronically.

Date: June 5, 2025

_____
*Judge's signature*

**James A. Goeke, United States Magistrate Judge**
_____
*Printed name and title*

City and state: Spokane, Washington