FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 05, 2025

SEAN F. McAVOY, CLERK

AUSA: CAB

County: Chelan

*In Re Request for Criminal Complaint and Arrest Warrant charging Travis Caleb DECKER*

| | |
|---|---|
| STATE OF WASHINGTON | ) |
| | :ss |
| County of Spokane | ) |

## AFFIDAVIT

I, Keegan Stanley, being first duly sworn on oath, deposes and states:

### INTRODUCTION AND DEPUTY BACKGROUND

1. I am a commissioned law enforcement officer with the U.S. Marshals Service ("USMS") assigned to Eastern Washington, part of the Pacific Northwest Violent Offender Task Force ("PNVOTF"). I have a total of over 6 years of experience as a law enforcement officer. I have been involved in the capture of numerous wanted violent fugitives in the State of Washington and throughout the country. I have been involved multiple fugitive investigations in which the subject has fled from state to state or out of the United States to avoid prosecution. I have received on the job training from the U.S. Marshals as to the variety of ways a fugitive may travel in interstate or foreign commerce to avoid prosecution. I have also received on the job training in reference to resources that may be present allowing wanted fugitives to travel as a means of avoiding prosecution.

2. This affidavit accompanies an application for a criminal complaint and arrest warrant for **Travis Caleb DECKER** ("DECKER") based on probable cause that DECKER committed Unlawful Flight to Avoid Prosecution in violation of 18 U.S.C. § 1073 for charges brought by the State of Washington.

3. I am familiar with federal laws concerning the unlawful flight to avoid prosecution, specifically 18 U.S.C. § 1073, which states:

> [W]hoever moves or travels in interstate or foreign commerce with intent either (1) to avoid prosecution, or custody or confinement after conviction, under the laws of the place from which he flees for a crime, or an attempt to commit a crime, punishable by death or which is a felony under the laws of the place from which the fugitive flees…shall be fined under this title or imprisoned not more than five years, or both.

4. The sources of the facts set forth below and the basis for my opinions and conclusions are as follows: (1) my review of court records; (2) my conversations with other law enforcement officers (federal, state, and local); (3) my training and experience as a law enforcement officer; and (4) my participation in this investigation. Importantly, this case has involved many law enforcement agencies, that while have the same overall mission, justice for the victims in this case, do not share the same function or taskings. Accordingly, I do not know the contents of (or access to) reports / body camera videos for all the different participating agencies. The information set forth in this affidavit is not intended to detail every circumstance of the investigation or all information known to me or other investigative participants. Rather, this affidavit serves to document, corroborate, and illustrate the facts and circumstances necessary to establish probable cause exists that DECKER violated the provisions of 18 U.S.C. § 1073.

## INVESTIGATION

5. On June 3, 2025, I reviewed a signed arrest warrant from Chelan County (State of Washington) for **Travis Caleb DECKER** (DOB: 1992) authorizing DECKER's arrest for three counts of Aggravated Murder in the First Degree in violation of the Revised Code of Washington §§ 9A.32.030(1)(a) and 10.95.020 and three counts of Kidnapping in the First Degree in violation of Revised Code of Washington § 9A.40.020(1)(b). The arrest warrant was signed by Judge Robert Jourdan on June 3, 2025, and bears warrant number 25-1-00154-04. It is a

nationwide extradition warrant. I also noted Judge Jourdan included on the arrest warrant "No bail until first appearance".

6. The USMS was contacted to assist with service of this arrest warrant. In that capacity, I am aware that between June 2, 2025, and June 4, 2025, investigators obtained and served multiple search warrants for records contained in DECKER's 'Google' accounts. Google provided documents in response. Part of the information returned from the Google search warrants was prior Google searches the user of DECKER's account conducted and some of the user's interactions with the search results.

7. I reviewed the Google-provided records containing some of the Google searches that occurred on 05/26/2025 using DECKER's Google account. These Google searches included the following: "how does a person move to canada", "how to relocate to canada", "jobs canada" and "jobs canada". After the above-listed Google searches, he visited the site "Find a job - Canada.ca". A photograph containing DECKER's Google searches is below.

Search on 5/26/2025:

| | 5/26/2025 | | | |
|---|---|---|---|---|
| Visited Find a job - Canada.ca | 5:55:16 PM | Search | Find a job - Canada.ca | https://www.google.com/url?q=https://www.canada.ca/en/services/jobs/opportunities.html&usg=AOvVaw2oGHrVDyupWu_U0At7RF3O |
| Searched for jobs canada | 5/26/2025 5:55:12 PM | Search | jobs canada | https://www.google.com/search?q=jobs+canada |
| Searched for jobs canada | 5/26/2025 5:55:12 PM | Search | jobs canada. | https://www.google.com/search?q=jobs+canada |
| Searched for how to relocate to canada | 5/26/2025 5:54:45 PM | Search | how to relocate to canada | https://www.google.com/search?q=how+to+relocate+to+canada |
| Visited Google Search | 5/26/2025 5:52:42 PM | Search | Google Search | https://www.google.com |
| Searched for how does a person move to canada | 5/26/2025 5:52:11 PM | Search | how does a person move to canada | https://www.google.com/search?q=how+does+a+person+move+to+canada |

8. I am aware that the arrest warrant noted above stems from a triple homicide. It is alleged DECKER kidnapped his three minor aged children on May 30, 2025 in the Wenatchee, Washington area. A very public search was conducted for DECKER and the three children. On June 2, 2025, law enforcement located

DECKER's three minor aged children on U.S. Forest Service land (Icicle River Road) near Leavenworth, Washington (Eastern District of Washington). DECKER's known vehicle was located at the scene; however, DECKER was not. Since the discovery of the remains, there has been a very public national campaign to locate DECKER, and it is publicly known there is a warrant for his arrest.

9. The location of the victim's remains is relatively close to the Canadian border and approximately 11 miles from the Pacific Crest Trail, a well-established trail that leads directly Canada. DECKER is a former military member with training in navigation, woodland/mountainous terrain, long distance movements, survival and numerous other disciplines needed to be able to flee from the Eastern District of Washington.

10. Further, during the investigation, it was learned DECKER is a very avid and well-versed outdoorsman. Prior to the above alleged crimes, DECKER frequently recreated in outdoor, woodland and mountainous areas throughout the Eastern District of Washington and surrounding states. Amongst other outdoorsman activities, DECKER frequently engaged in hiking, camping, survival skill practice, hunting and even lived off the grid in the backwoods for approximately 2.5 months on one occasion.

11. The charges against DECKER on the arrest warrant are all very serious violent felonies which all carry significant prison sentences if convicted. Based on my training and experience, those facing significant prison sentences have a propensity to employ a variety of tactics to avoid detection by law enforcement. One of the most common tactics used to avoid detection by law enforcement is fleeing the area in which the crime was committed, both across state lines as well as to other countries.

12. DECKER's specific current location is unknown. During this investigation, there has been no indication that DECKER is attempting to conceal

himself from law enforcement with any associate in the Eastern District of Washington. Based on the foregoing, there is probable cause to believe that between at least June 2, 2025, and the present day, DECKER committed Unlawful Flight to Avoid Prosecution, in violation of 18 U.S.C. § 1073, related to the probable cause to believe that DECKER committed the above listed crimes, all felonies.

13. As such, your affiant requests that a criminal complaint and arrest warrant be issued for DECKER for the above-described violation of law.

*Keegan Stanley*
Keegan Stanley, Deputy
United States Marshals Service

SUBSCRIBED AND SWORN before me this 5th day of June, 2025.

*James A. Goeke*
The Honorable James A. Goeke
United States Magistrate Judge