Case 2:25-mj-00409-JAG    ECF No. 4    filed 06/05/25    PageID.8    Page 1 of 1

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 05, 2025

SEAN F. MCAVOY, CLERK

# CHARGES AND PENALTIES

**CASE NAME:** TRAVIS CALEB DECKER     **CASE NO.** 2:25-MJ-00409-JAG

TOTAL # OF COUNTS: 1    ✓ FELONY    ☐ MISDEMEANOR    ☐ PETTY OFFENSE

| Count | Statute | Description of Offense | Penalty |
|---|---|---|---|
| 1 | 18 U.S.C. § 1073 | Unlawful Flight to Avoid Prosecution | CAG not more than 5 years; up to a $250,000 fine; not more than 3 years of supervised release; a $100 special penalty assessment |