S. Peter Serrano
United States Attorney
Eastern District of Washington
Caitlin Baunsgard
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | 2:25-MJ-00409-JAG |
|---|---|
| Plaintiff, | |
| v. | MOTION TO DISMISS COMPLAINT AND QUASH ARREST WARRANT |
| TRAVIS CALEB DECKER, | |
| Defendant. | |

Plaintiff, United States of America, by and through, S. Peter Serrano, United States Attorney for the Eastern District of Washington, and Caitlin Baunsgard, Assistant United States Attorney for the Eastern District of Washington, submits the following Motion to Dismiss Complaint and Quash Arrest Warrant.

Pursuant to Fed. R. Crim. P. 48(a), the United States moves the Court to dismiss the Complaint in this matter. The United States Marshals Service has advised the Defendant TRAVIS CALEB DECKER is deceased.

DATED this 23rd day of September 2025.

S. Peter Serrano
United States Attorney
*s/ Caitlin Baunsgard*
Caitlin Baunsgard
Assistant United States Attorney

MOTION TO DISMISS COMPLAINT AND
QUASH ARREST WARRANT- 1