FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 24, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TRAVIS CALEB DECKER,<br><br>Defendant. | No. 2:25-MJ-00409-JAG-1<br><br>ORDER GRANTING UNITED STATES' MOTION TO DISMISS COMPLAINT AND QUASH WARRANT PURSUANT TO FED. R. CRIM. P. 48(a).<br><br>**MOTION GRANTED**<br>**(ECF NO. 5)** |

This matter comes before the Court upon motion by the United States requesting the above captioned matter be dismissed and to quash the arrest warrant. **ECF No. 5**.

**IT IS ORDERED**, pursuant to FED. R. CRIM. P. 48(a), that the United States' Motion to Dismiss Complaint and Quash Warrant, pursuant to Fed. R. Crim. P. 48(a), **ECF No. 5**, is **GRANTED**.

The case against Defendant is dismissed without prejudice, all pending warrants shall be stricken, the arrest warrant is quashed, and the Clerk is directed to close the file.

**IT IS SO ORDERED.**

DATED September 24, 2025.



_____
JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 1